UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHAM SINGH and GURMIT KAUR,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, FEDERAL HOME LOAN MORTGAGE CORPORATION, DOES 1-10,<br><br>    Defendants. | CASE NO. 1:10-CV-1659 AWI SMS<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 29, 2010 AND TAKING MATTER UNDER SUBMISSION |

Defendants Wells Fargo and Federal Home Loan Mortgage have filed separate motions to dismiss. Docs. 5 and 10.  Plaintiffs filed an opposition to Federal Home Loan Mortgage's motion, but not to Wells Fargo's motion. Doc. 10.  The court has reviewed the papers filed and has determined that the motions are suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 29, 2010, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 23, 2010

CHIEF UNITED STATES DISTRICT JUDGE

1