UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHAM SINGH and GURMIT KAUR,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, FEDERAL HOME LOAN MORTGAGE CORPORATION, DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 1:10-CV-1659 AWI SMS<br><br>ORDER VACATING HEARING DATE OF APRIL 18, 2011 AND TAKING MATTER UNDER SUBMISSION |

　　　Defendant Wells Fargo has filed a motion to dismiss. Plaintiffs oppose the motion. The court has reviewed the papers filed and has determined that the motions are suitable for decision without further oral argument. See Local Rule 230(g).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 18, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　April 13, 2011　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE