UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHAM SINGH and GURMIT KAUR,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, FEDERAL HOME LOAN MORTGAGE CORPORATION, DOES 1-10,<br><br>Defendants. | CASE NO. 1:10-CV-1659 AWI SMS<br><br>ORDER VACATING HEARING DATE OF JUNE 6, 2011 AND TAKING MATTER UNDER SUBMISSION |

    Defendant Federal Home Loan Mortgage Corporation has filed a motion to dismiss. Plaintiffs oppose the motion. The court has reviewed the papers filed and has determined that the motions are suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 6, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 31, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

1