UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHAM SINGH and GURMIT KAUR,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, FEDERAL HOME LOAN MORTGAGE CORPORATION, DOES 1-10,<br><br>Defendants. | CASE NO. 1:10-CV-1659 AWI SMS<br><br>ORDER VACATING HEARING DATE OF SEPTEMBER 10, 2012 AND TAKING MATTER UNDER SUBMISSION |

Defendant Federal Home Loan Mortgage Corporation has filed a motion for summary judgment.  Plaintiffs oppose the motion.  The court has reviewed the papers filed and has determined that the motions are suitable for decision without further oral argument. See Local Rule 230(g).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 10, 2012, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matters under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 5, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE