UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHAM SINGH and GURMIT KAUR, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO BANK, FEDERAL ) <br> HOME LOAN MORTGAGE ) <br> CORPORATION, DOES 1-10, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. 1:10-CV-1659 AWI SMS <br><br> **ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE** |

    Defendant Federal Home Loan Mortgage Corporation has filed a motion for summary judgment. Plaintiffs oppose the motion. In order to allow more time for the court to consider the motion, the pretrial conference and trial date of November 6, 2012 are VACATED. The court will set a Status Conference, as necessary, upon ruling on the pending motion.

IT IS SO ORDERED.

Dated:   October 1, 2012

                              CHIEF UNITED STATES DISTRICT JUDGE