1  MARY KATE SULLIVAN (State Bar No. 180203)
   MEGAN C. KELLY (State Bar No. 251293)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   Attorneys for Defendants
6  WELLS FARGO BANK, N.A., FEDERAL
   HOME LOAN MORTGAGE CORPORATION
7

**FILED**

DEC 7 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

8                           UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

10

| | |
|---|---|
| 11  RESHAM SINGH and GURMIT KAUR, | Case No. 1:10-CV-01659-AWI-SMS |
| 12              Plaintiffs, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 13     vs. | The Hon. Anthony W. Ishii |
| 14  WELLS FARGO BANK, FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| 15  DOES 1-10, | First Amended Complaint Filed: February 14, 2011 |
| 16              Defendants. | Trial Date: N/A |
| 17  | [November 5, 2012 Trial Date Vacated] |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Resham Singh and Gurmit Kaur ("Plaintiffs") and Defendants Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation (together, "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

Plaintiffs hereby DISMISS the above-referenced action WITH PREJUDICE. Plaintiffs agree that they are responsible for their own attorneys' fees, costs and any expenses.

DATED: 12·6_____, 2012          LAW OFFICES OF ALDON BOLANOS

                                By: _____
                                       ALDON L. BOLANOS

                                Attorneys for Plaintiffs RESHAM SINGH and
                                GURMIT KAUR

DATED: 11·30·2012               SEVERSON & WERSON
                                A Professional Corporation

                                By: _____
                                       MEGAN C. KELLY

                                Attorneys for WELLS FARGO BANK, N.A. and
                                FEDERAL HOME LOAN MORTGAGE CORP.


It is so Ordered. Dated: 12-7-12

_____
United States District Judge

07685.0699/2438808.1                    2                    1:10-CV-01659-AWI-SMS
                                                  NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE